USCA1 Opinion

 

 [Not for Publication] [Not for Publication] UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT ____________________ No. 95-1990 DAVID H. JOHNSON, Plaintiff, Appellant, v. AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Charles B. Swartwood III, U.S. Magistrate Judge] _____________________ ____________________ Before Boudin, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Douglas Q. Meystre and Fletcher, Tilton & Whipple, P.C. on brief __________________ ________________________________ for appellant. Joseph P. Musacchio, John F. Rooney, III and Melick & Porter on ____________________ ____________________ _______________ brief for appellee. ____________________ March 11, 1996 ____________________ Per Curiam. We agree with the magistrate judge that the __________ critical language of the insurance policy is not ambiguous and that the plain meaning accords with the result suggested by considering the entire policy and reasonable expectations.  Accordingly, for the reasons set forth in the memorandum of the magistrate judge, the judgment is affirmed pursuant to ________ Local Rule 27.1. -2- -2-